UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| BILLY PRESTON AMBROSE, JR. | ) |
| | ) |
| v. | ) No. 2:18-cv-00058 |
| | ) |
| ANDREW M. SAUL, Commissioner of Social Security | ) |

## ORDER

Magistrate Judge Holmes has entered a Report and Recommendation ("R&R") (Doc. No. 17) in which she recommends that Billy Ambrose's Motion for Judgment on the Administrative Record (Doc. No. 13) be denied. No objections to the R&R have been filed. Having reviewed the matter *de novo* in accordance with F. R. Civ. P. 72(b), the Court agrees with the recommendation because substantial evidence supports the Social Security Administration's denial of benefits.

Accordingly, (1) the R&R (Doc. No. 17) is **ACCEPTED** and **APPROVED**; (2) Ambrose's Motion for Judgment on the Administrative Record (Doc. No. 13) is **DENIED**; and (3) the Social Security Administration's denial of benefits is **AFFIRMED**.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE